returned or not, and the trial judge gave judgment for the plaintiff. The testimony on the part of the plaintiff shows that the defendant was a traveling salesman in the employ of the plaintiff; that the plaintiff had delivered to the defendant a quantity of wrappers and dressing sacques, to be used in obtaining orders for their sale; that these were the property of the plaintiff, and, when the employment of the defendant was ended, were to be returned to the plaintiff; that the employ of the defendant ceased in September, 1898; and that, although requested several times to return the samples, he had not done so. The value of the goods was shown, without objection, to be $41.05, for which amount the plaintiff had a judgment. Several objections were made to the introduction of testimony, and exceptions were taken to the rulings of the trial judge; but a careful examination of the evidence does not show that the testimony objected to was improper, nor was it of such a character as to prejudice the defendant. Upon the whole case, it does not appear that injustice has been done. The judgment should be affirmed. Judgment affirmed, with costs to respondent. All concur.

KEARNEY, Appellant, v. GORMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Ann Kearney against Charles A. Gorman and others. No opinion. Order modified by requiring the defendant to serve an amended answer, properly numbering the defenses named, and as modified affirmed, without costs to either party.

KEEFE, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Ellen E. Keefe against Peter H. Buckley and another. No opinion. Motion to dismiss appeal denied. Appellant directed to file copy of pleadings in this court before argument.

KEEFE, Appellant, v. BUCKLEY, Respondent. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Ellen E. Keefe against Peter H. Buckley. No opinion. Order affirmed, with $10 costs and disbursements.

KELLMAN, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by William Kellman against James A. Harris. No opinion. Judgment and order affirmed, with costs.

KLEIN, Appellant, v. BOARD OF SUP'RS OF ONEIDA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by August Klein against the board of supervisors of Oneida county. No opinion. Order affirmed, with costs. See In re Baumgarten, 39 App. Div. 174, 57 N. Y. Supp. 284.

KREIZER, Respondent, v. FREY, Appellant (two cases). (Supreme Court, Appellate Term. May 24, 1899.) Two actions by Julia Kreizer against Emanuel Frey. From judgments in fa-

vor of plaintiff, defendant appealed. Affirmed in each case. Warren Leslie, for appellant. Fromme Bros., for respondent.

PER CURIAM. Judgment in each action affirmed, with costs to the respondent.

LA GIER, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Elmer La Gier, as administrator, against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs. All concur, except MERWIN, J., dissenting.

LAMB, Appellant, v. LAMB, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Frederick A. Lamb against Nora Lamb. No opinion. Order affirmed, with $10 costs and disbursements.

LANG, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Max Lang against Francis S. Williams. No opinion. Judgment affirmed, with costs.

LA RUE, Appellant, v. McNEIL, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Harry La Rue against Frank J. McNeil. No opinion. Order affirmed, with $10 costs and disbursements.

LAWATSCH, Respondent, v. COONEY, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1899.) Action by Anthony W. Lawatsch against John J. Cooney. No opinion. Judgment and order affirmed, with costs. See 47 N. Y. Supp. 54.

LAWLOR, Respondent, v. BUCKLIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Charlotte B. Lawlor against Charles A. Bucklin. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion denied, without prejudice to plaintiff's application for injunction against the prosecution of the suit in the city court of New York.

LEEF, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Charles Leef, an infant, by Joseph Leef, his guardian ad litem, against the Nassau Electric Railroad Company.

PER CURIAM. The defendant should not be precluded from setting up the release executed by the plaintiff as against the cause of action, so far as the plaintiff personally is concerned. The remedy of the attorney for the plaintiff is to apply for leave to prosecute the action in his own behalf to secure his compensation. Randall v. Van Wagenen, 115 N. Y. 527, 22 N. E. 361. In case the action is so prosecuted, the release, if made in fraud of the attorney's right, can be no bar to his claim. Order affirmed, without costs, and without prejudice to an application by the plaintiff's attorney for leave to prosecute the suit in his own behalf.